# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: November 6, 2019    Judge: Honorable Charles R. Breyer

Court Reporter: Katherine Sullivan
Time: 8 Minutes
Case No.: CR19-0330-1 CRB
Case Name: USA v. Clifford Chandler Grader (Present)(NC)

Attorney(s) for Government: John Hemann
Attorney(s) for Defendant(s): David Larkin
Interpreter: N/A
Probation Officer: N/A

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

The defendant was sworn. Plea Agreement signed and filed in open court. The defendant plead guilty to Count One of the Indictment. Sentencing hearing set for February 12, 2020 at 10:00 a.m.