# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Criminal Minutes

Date: February 12, 2020                              Judge:  Honorable Charles R. Breyer

Court Reporter: Ana Dub
Time: 12 Minutes
Case No.: CR19-0330-1 CRB
Case Name:  USA v. Clifford Chandler Grader (Present)(NC)

Attorney(s) for Government: Ajay Krishnamurthy
Attorney(s) for Defendant(s): David Larkin
Probation Officer: Karen Mar

Deputy Clerk: Lashanda Scott

### PROCEEDINGS

Sentencing hearing held.  The Court sentenced the defendant to the Bureau of Prisons for a term of 48 months. Defendant placed on supervised release for a term of 10 years under the usual terms and conditions and the special conditions. Defendant shall pay restitution in the amount of $3,000.  Defendant shall pay a special assessment of $100 and a JVTA assessment of $5,000.  Refer to the Judgment for additional information.  The defendant shall self-surrender to the designated BOP by April 23, 2020.