# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

**Request for Modifying the Conditions or Term of Supervision
from the Person Under Supervision**
*(Probation Form 49, Waiver of Hearings is Attached)*

**Person Under Supervision**  **Docket Number**
Clifford Chandler Grader         0971 3:19CR00330-001 CRB

**Name of Sentencing Judge:**   The Honorable Charles R. Breyer
                                Senior United States District Judge

**Date of Original Sentence:**  February 12, 2020

**Original Offense:** Possession of Child Pornography, in violation of Title 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), a Class C felony.

**Original Sentence:** 48 months imprisonment; ten years supervised release

**Special Conditions:** $100 special assessment; DNA collection; expanded search; must not possess or use a computer without the prior approval of the probation officer; must enroll in the probation office's Computer and Internet Monitoring Program; must not access the Internet or any "on-line computer service" at any location (including employment without the prior approval of the probation officer; must consent to the probation officer conducting periodic unannounced examinations of your computer equipment; must not possess or use data encryption technique or program; must not possess in any form, materials depicting child pornography, child erotica, or nude or sexual depictions of any child; employment must be approved by the Probation Officer; residence must be approved by the probation officer; register with the state sex offender registration agency required by state law; must participate in sex offender treatment; polygraph testing; and psychological testing.

**Prior Form(s) 12:** None.

**Type of Supervision**         **Date Supervision Commenced**
Supervised Release              January 27, 2024
**Assistant U.S. Attorney**     **Defense Counsel**
Ajay Krishnamurthy              David Larkin (Retained)

**RE:**   Grader, Clifford Chandler                                                                                           2
            0971 3:19CR00330-001 CRB

## Petitioning the Court

To modify the conditions of Supervised Release as follows:

**Upon release from confinement, you shall reside for a period of up to 120 days, in an R.R.C. and shall observe the rules of that facility. You shall remain at the facility until discharged by the supervising probation officer.**

## Cause

Mr. Grader is scheduled to be released from the Oakland RRC on January 27, 2024. In speaking with Mr. Grader and his case manager, Mr. Grader does not have a release plan that includes a stable residence. As such, he requested an extension at the RRC, and executed the attached Probation Form 49 – Waiver of Hearing to Modify Conditions. It is recommended that Mr. Grader continues to reside at the RRC as a public law placement until a proper residence is identified.

Respectfully submitted,                                       Reviewed by:

_____              _____
Xitlalli Bobadilla                                                    Michael J. Primeau
U.S. Probation Officer Specialist                           Supervisory U.S. Probation Officer
Date Signed: January 24, 2024

---

THE COURT ORDERS:

☒   To modify the conditions of probation as follows:

   *Upon release from confinement, you shall reside for a period of up to 120 days, in an R.R.C. and shall observe the rules of that facility. You shall remain at the facility until discharged by the supervising probation officer.*

☐   Other:


   January 25, 2024                                              _____
Date                                                                    Charles R. Breyer
                                                                           Senior United States District Judge

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Clifford Chandler Grader
Docket No.: 0971 3:19CR00330-001 CRB

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Upon release from confinement, you shall reside for a period of up to 120 days, in an R.R.C. and shall observe the rules of that facility. You shall remain at the facility until discharged by the supervising probation officer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at Oakland.

Signed: [signature]   Date: 1-23-24
Probationer or Supervised Releasee

Witness: [signature]   Date: 1/23/2024

NDC-SUPV-FORM-049 09/01/2013